1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    BENJAMIN A. GERSON, NY Bar # 5505144
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     CHRISTOPHE KAPLINSKY
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  6:20-po-00350-JDP

12              Plaintiff,                   **STIPULATION TO CONTINUE STATUS
                                             CONFERENCE**
13   vs.
                                             Date:    February 23, 2021
14   Christophe Kaplinsky,                   Time:    10:00 a.m.
                                             Judge:  Hon. Jeremy D. Peterson
15              Defendant.

16

17          The parties, through their respective counsel, Sean Anderson, Acting Legal Officer,

18   counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19   defendant, Christophe Kaplinsky, hereby stipulate and jointly move this Court to continue Mr.

20   Kaplinsky's status conference from January 12, 2021 until February 23, 2021.

21          The parties are currently in discussion as to a possible settlement agreement in this case.

22   The parties request the case be continued for the purposes of reaching a settlement agreement, and

23   to conserve judicial resources.

24   //

25   //

26

27

28

Kaplinsky - Stipulation to Continue                -1-

1    Respectfully submitted,

2    McGREGOR SCOTT
     United States Attorney

3

4    Dated:  January 8, 2021          */s/ Sean Anderson*
     Sean Anderson

5    Acting Legal Officer
     National Park Service

6    Yosemite National Park

7

8    Dated:  January 8, 2021          HEATHER E. WILLIAMS
     Federal Defender

9

10   */s/  Benjamin A. Gerson*
     BENJAMIN A. GERSON

11   Assistant Federal Defender
     Attorney for Defendant

12   Christophe Kaplinsky

13

14                          **O R D E R**

15        For good cause shown, the court approves the stipulation [9] and the status conference is

16   continued to **February 23, 2021 at 10:00 A.M.** in case 6:20-po-00350 JDP.

17

18   IT IS SO ORDERED.

19

20   Dated:    January 9, 2021
                                      HELENA M. BARCH-KUCHTA

21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Kaplinsky - Stipulation to Continue                    -2-