Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHE KAPLINSKY,<br><br>Defendant. | Docket Number 6:20-po-00350-JDP<br><br>**MOTION TO DISMISS VIOLATION 9292664; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of violation number 9292664, in the matter of case *6:20-po-00350-JDP*, without prejudice and in the interest of justice.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: February 19, 2021      /S/ *Sean O. Anderson*
SEAN O. ANDERSON
Legal Officer
Yosemite National Park

1

ORDER

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, violation no. 9292664 in the matter of *United States v. Kaplinsky*, case no. 6:20-po-00350-JDP, is dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:   February 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE