Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHE KAPLINSKY,<br><br>Defendant. | No.  6:20-po-00350-JDP<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND RESOLVE MATTER THROUGH FORFEITURE OF COLLATERAL; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Sean O. Anderson, acting legal officer for the National Park Service, and Christophe KAPLINSKY, by and through his attorney of record, Benjamin A. Gerson, that the status conference in the above-captioned matter set for February 23, 2021 be vacated.  The Government agrees violation number 9292663 can be resolved through a forfeiture of collateral, consistent with the bail schedule, $500 fine, plus the $30 Central Violations Bureau processing fee and will be given 60 days to pay.

Dated:  February 19, 2021      /S/ *Sean O. Anderson*
                                Sean O. Anderson
                                Acting Legal Officer
                                Yosemite National Park

Dated:  February 19, 2021      /S/ *Benjamin A. Gerson*
                                Benjamin A. Gerson
                                Attorney for Defendant
                                Christophe Kaplinsky

1

**ORDER**

The Court accepts the parties' Stipulation (Doc. No. 12) and adopts its terms as the Order of this court. Accordingly, it is ORDERED:

1. The February 23, 2021 status conference for *United States v. Kaplinsky*, case *6:20-po-00350-JDP*, is vacated;

2. Violation number 9292663 can be resolved through a forfeiture of collateral consistent with the bail schedule, $500.00 fine, plus the $30.00 Central Violations Bureau processing fee (total $530.00) to be paid in full within sixty (60) days.

IT IS SO ORDERED.

Dated:   February 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE